IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3032 |
| | ) | |
| V. | ) | |
| | ) | |
| MILLARD G. VIAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After considering the motion and brief of the defendant,

IT IS ORDERED that:

1. The government shall consult the probation officer who is supervising the defendant and advise me on or before July 7, 2009, whether the government or the probation officer object to the defendant's motion (filing 31) to modify conditions of supervised release.

2. If the government or the probation officer object to the proposed modification, the government shall submit a brief no later than July 7, 2009. If such a brief is submitted, it shall address all pertinent questions including, but not limited to, whether the defendant is precluded from seeking modification inasmuch as the defendant did not take a direct appeal regarding his objection to special condition number 11.

3. My chambers shall call this matter to my attention on July 8, 2009.

DATED this 26th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge